# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| RHODE ISLAND COALTION AGAINST DOMESTIC VIOLENCE, et al., | ) ) ) |
| Plaintiffs-Appellees, | ) ) |
| v. | )   No. 25-2229 ) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | ) ) ) ) |
| Defendants-Appellants | ) |

## DEFENDANTS-APPELLANTS' ASSENTED-TO MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants move to dismiss this appeal, which each party to bear its own costs. Counsel for plaintiffs-appellees has authorized us to state that plaintiffs-appellees assent to this motion.

Respectfully submitted,

CHARLES C. CALENDA
United States Attorney

By:   /s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant U.S. Attorney
One Financial Plaza, 17th Fl.
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
Lauren.Zurier@usdoj.gov

## Certificate of Service

On this 30th day of December, 2025, I caused the within motion to be filed electronically and it is available for viewing and downloading from the ECF system, which served it on counsel for plaintiffs-appellees, who is a registered participant of the CM/ECF system:

Amy Romero, Esq.
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 N. Main St
Providence, RI 02903
amy@dwbrlaw.com

/s/ Lauren S. Zurier
Lauren S. Zurier
Assistant U.S. Attorney