# United States Court of Appeals
## For the First Circuit

No. 25-2229

RHODE ISLAND COALITION AGAINST DOMESTIC VIOLENCE; CALIFORNIA PARTNERSHIP TO END DOMESTIC VIOLENCE; COLORADO COALITION AGAINST SEXUAL ASSAULT; DISTRICT OF COLUMBIA COALITION AGAINST DOMESTIC VIOLENCE; END DOMESTIC ABUSE WISCONSIN, The Wisconsin Coalition Against Domestic Violence; IDAHO COALITION AGAINST SEXUAL AND DOMESTIC VIOLENCE; IOWA COALITION AGAINST DOMESTIC VIOLENCE; JANE DOE INC., The Massachusetts Coalition Against Sexual Assault and Domestic Violence; KANSAS COALITION AGAINST SEXUAL AND DOMESTIC VIOLENCE; MONTANA COALITION AGAINST DOMESTIC AND SEXUAL VIOLENCE; NORTH CAROLINA COALITION AGAINST DOMESTIC VIOLENCE; OREGON COALITION AGAINST DOMESTIC AND SEXUAL VIOLENCE; PENNSYLVANIA COALITION AGAINST DOMESTIC VIOLENCE; VALORUS; VIOLENCE FREE MINNESOTA; VIRGINIA SEXUAL AND DOMESTIC VIOLENCE ACTION ALLIANCE; WISCONSIN COALITION AGAINST SEXUAL ASSAULT; HOUSE OF HOPE COMMUNITY DEVELOPMENT CORPORATION; RHODE ISLAND COALITION TO END HOMELESSNESS; COMMUNITY CARE ALLIANCE; FOSTER FORWARD; HAUS OF CODEC,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants - Appellants,

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in the official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; SUSAN MONAREZ, in the official capacity as Acting Director of the Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; THOMAS J. ENGELS, in the official capacity as Administrator of the Health Resources & Services Administration; HEALTH RESOURCES & SERVICES ADMINISTRATION; ARTHUR KLEINSCHMIDT, in the official capacity as the official performing the functions and duties of the Assistant Secretary of the Substance Abuse and Mental Health Services; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION,

Defendants.

## MANDATE

Entered: January 5, 2026

In accordance with the judgment of January 5, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kristin Bateman
Nina C. Cahill
Mary C. Dunn
Lynn D. Eisenberg
Andrea Lena Hyatt
Daniel F. Jacobson
Lauren A. Khouri
Lynette J. Labinger
Skye L. Perryman
Amy Retsinas Romero
Brian C. Rosen-Shaud
Elizabeth Ellen Theran
Robin F. Thurston
Lauren S. Zurier